08/17

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF MICHIGAN

In re:                                                   Case No.   24-01092

             **Darla Joy Willauer**                              Chapter 7

                   Debtor(s).

_____/

## ASSET PROTECTION REPORT

Pursuant to Local Bankruptcy Rule 1007-2(d), debtors filing a Chapter 7 petition and debtors in a case converting to Chapter 7 must file an Asset Protection Report. List below any property referenced on **Schedule D** (Creditors Holding Secured Claims); or **Schedule G** (Executory Contracts and Unexpired Leases); and **any insurable asset in which there is nonexempt equity.** For each asset listed, provide the following information regarding property damage or casualty insurance:

| INSURABLE ASSET (from schedules) | IS ASSET INSURED? (Yes/No) | NAME & ADDRESS OF AGENT OR INSURANCE CO. | POLICY EXPIRATION DATE (MM/YYYY) | WILL DEBTOR RENEW INSURANCE ON EXPIRATION? (Yes/No) |
|---|---|---|---|---|
| 1109 Ferry Street Niles, MI 49120 Berrien County Property Tax Code No.: 11-72-0850-0176-00-9 | Yes | Progressive Home American Strategic Insurance Corp. 1 ASI Way St. Petersburg, FL 33702 | 03/24/2025 | Yes |
| 2330 S. Red Bud Trail Buchanan, MI 49107 Berrien County House burnt down, total loss. No insurance. Needs to be removed from the land. | No | | | No |
| 2009 Toyota Highlander | Yes | Progressive Auto Meemic/Hagen P.O. Box 787 Niles, MI 49120 | 08/10/2024 | Yes |
| | | | | |

If the debtor is self-employed, does the debtor have general liability insurance for business activities? Yes ☐ No ☐

I declare, under penalty of perjury, that the above information is true and accurate to the best of my knowledge. I intend to provide insurance protection for any exemptible interests in real or personal property of the estate, and I request that the trustee not expend estate funds to procure insurance coverage for my exemptible assets.

Dated: 4/19/2024                                          /s/ Darla Joy Willauer
                                                                                   Darla Joy Willauer
                                                                                    Debtor

Pursuant to LBR 1007-2(f), debtor is required to provide the trustee with a copy of the Declarations Page for any insurance policy covering an insurable asset at least 7 days before the date first set for the meeting of creditors.